# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** JEFFREY KERSHNER                                   **Docket No.** 3:03CR00291(PCD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release
## with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey Kershner, who was sentenced to 5 years' probation for a violation of Mail Fraud, in violation of 18 U.S.C. § 1341, by the Honorable Peter C. Dorsey, Senior United States District Judge, sitting in the court in New Haven, Connecticut on January 20, 2004, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows:  1) Defendant shall pay restitution in the amount of $182,985 payable at the rate of $500 per month. A $20,000 payment is to be made forthwith to be applied toward restitution and which is in lieu of a fine;  2) Defendant shall perform community service for a period of 3 hours per week for 1 year for a total of 150 hours;  3) Defendant is sentenced to a halfway house or its equivalent for a period of 4 months; 4) Defendant is confined to his home for a period of 4 months without electronic monitoring and during this period the defendant shall be at home except for employment, religious obligations, medical attention and community service. Defendant shall engage in  no social activities with the exception of those exclusively family orientated; 5) Defendant shall maintain full employment and; 6) Defendant shall furnish financial reports and tax returns every 6 months to the United States Probation Office and shall enter into no credit or loan agreements without the approval of the United States Probation Office. The defendant commenced his term of supervised release on January 20, 2004,  with a tentative termination date of January 19, 2009.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On January 7, 2008, Mr. Kershner reported to the Probation Office and a counseling session was conducted, in terms of the defendant's ongoing martial problems. The defendant stated that, since his arrest and subsequent conviction on the instant offense, his wife has blamed him for their financial troubles, in part, due to being a convicted felon.  The couple had participated in martial counseling since his commencement on probation. However, the defendant relayed that their marriage has deteriorated to the point were she has requested a divorce. The couple has two children. Although Mr. Kershner denies experiencing any suicidal ideation, he believes that mental health counseling will be beneficial for him in order to develop coping mechanisms to deal with the issues at hand and move forward in a positive direction. Therefore, it is respectfully recommended that the defendant's special conditions be modified to include mental health counseling.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in a program approved by the Probation Office for mental health treatment. The defendant shall pay all, or a portion of, the cost of such treatment, based on his ability to pay, in an amount to be determined by the probation officer.  A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this ___31st___
day of January, 2008 and ordered filed and made a part of
the records in the above case.

_____
The Honorable Peter C. Dorsey
Senior United States District Judge

Respectfully Submitted,

_____
Patrick D. Norton
United States Probation Officer

Place: _New Haven, Connecticut_

Date: _1-22-08_